JH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 2 1 2007
MAY 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Little Edgar
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Roberto VARGAS
Timothy KARpiel
Ivan Doe
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

07CV2829
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

Case N_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I. **Plaintiff(s):**

A. Name: Little Edgar

B. List all aliases: none

C. Prisoner identification number: #20060022501

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Roberto Vargas Star No. #14267

Title: Chicago Police Detective

Place of Employment: Monroe & Racine Police Station

B. Defendant: Timothy Karpiel Star No. #19464

Title: Chicago Police Sergeant

Place of Employment: Monroe & Racine Police Station

C. Defendant: Jhon Doe

Title: Chicago Police Detective

Place of Employment: Monroe & Racine Police Station

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take? _I wrote the Justice Department._

2. What was the result? _they never got back with me pertaining to this matter._

3. If the grievance was not resolved to your satisfaction, did you appeal? _no_
What was the result (if there was no procedure for appeal, so state.)
_dont know_

D. If your answer is **NO**, explain why not: _dont know_

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )   N/A

G. If your answer is **YES**:

1. What steps did you take?   N/A

2. What was the result?   N/A

H. If your answer is **NO**, explain why not:   N/A

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

H. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V. **Statement of Claim:**

Revised 4/01

**State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3-24-2006 I was arrested illegally, I was visiting a friend at 1314 W. 15th Street Apt 308, While I was visiting, the Police Detective forced there way into the Apartment by kicking the door in, They made every one get on the floor while they Ram shacked the Apartment, About 10 minutes Later the Police Snatched me off the Floor, And Punched me three times, two times in my back, And one time in the back of my head, And the Police Detective said you are going down for a long time, After I beat the shit out of you, I asked the Police Detective for what I havn't did any thing, the Police Detective Roberto Vargas said we found your Drugs, I told the Police Detective that I don't have any drugs And I don't Live here, I am visiting my friend Annia White who step out for a few minutes to go to the store, That when I was Punched in the back again by the Same Police Detective Roberto Vargas Star no.# 14267, I then said to the Police that I would

Charge him with Police brutality IF He kept Hitting me, The Police Detective Roberto Vargas Said I aint worry about that, because you want be Able to Prove it, And Hit me in my back again, He Also threaten to make my life A Living Hell, I am A american citizen I have A Right to not be Framed And beat on by chicago Police Detective, The chicago Police is the People who I supose to trust And be Safe around, I truly know that the officers who participated in this Arrest knew that I was Falsly Accuse And knew this was A illegal Arrest, And never should the police Detective Put his hand on me in A Violent manner trying to Hurt me, Just because He could, that is A Abuse of Power, My Rights was violated As A citizen, there was A Warrantless entry to my Friend Anna white Apartment, there were also A Warrantless Arrest, The Police also lied about Finding Drugs in Little Edgar Posession.

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Asking the court to make the

Revised 4/01

7

Police Detective Roberto VARGAS PAY FOR the misconduct that He displayed on 3-24-06 And I AM suing FOR $800.000 dollars FOR Police brutality.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __28__, 20_06_

__Little Edgar__
(Signature of plaintiff or plaintiffs)

__Little Edgar__
(Print name)

__20060022501__
(I.D. Number)

__P.O. Box 089002 chicago, Ill 60608__
(Address)

Revised 4/01

8